**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2326**

CALVIN RUFFIN MALLORY,

                Plaintiff – Appellant,

        v.

VIRGINIA DEPARTMENT OF CORRECTIONS,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:14-cv-00734-HEH)

Submitted: March 12, 2015          Decided:  March 16, 2015

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Calvin Ruffin Mallory, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Ruffin Mallory seeks to appeal the district court's order dismissing without prejudice his complaint against the Virginia Department of Corrections as vague and conclusory. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Mallory seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED